**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Neimo B. H., | Case No. 18-cv-2929 (DSD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Leslie Tritten, District Director, Minneapolis Field Office United States Citizenship & Immigration Services, et al., | |
| Respondents. | |

---

This matter is before the Court on Respondents' Request for Stay (ECF No. 12) based on "the lapse in appropriations to the Department of Justice." Department of Justice attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property" until funding is restored to the Department. 31 U.S.C. § 1342. Based on the foregoing, **IT IS HEREBY ORDERED** that Respondents' Request for Stay (ECF No. 12) is **GRANTED**, and counsel for Respondents shall inform the Court as soon as Congress has appropriated funds for the Department to resume operations.

Date: January  18  , 2019          *s/ Tony N. Leung*
                                    Tony N. Leung
                                    United States Magistrate Judge