**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Neimo B. H., | Case No. 18-cv-2929 (DSD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Leslie Tritten, District Director, Minneapolis Field Office United States Citizenship & Immigration Services, et al., | |
| Respondents. | |

This matter is before the Court on Defendants' Request to Lift Stay (ECF No. 15). With appropriations having been restored to the Department of Justice, Defendants request that the previously imposed stay be lifted. **IT IS HEREBY ORDERED** that Defendants' Request to Lift Stay (ECF No. 15) is **GRANTED**, and the stay in this matter is **LIFTED**. Defendants shall have up to and including **February 20, 2019** to answer or otherwise respond to the Petition.

Date: February 4, 2019
*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge